UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY JOHN INGRAO,<br><br>  Plaintiff<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>  Defendants | Case No. 2:23-cv-00234-GMN-DJA<br><br>ORDER |

Plaintiff Jeffery Ingrao brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while he was incarcerated at High Desert State Prison. According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated and has been paroled. Similarly, the Court's mail to Plaintiff has been returned as undeliverable, stating that he has been paroled. (ECF No. 8).

Plaintiff has not filed his updated address with the Court. Nevada Local Rule IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number[,]" and failure to comply could result in sanctions like dismissal. Additionally, Plaintiff's application to proceed *in forma pauperis* for an inmate is moot because Plaintiff is no longer incarcerated. If Plaintiff wishes to proceed with this action, he must file his updated address with the Court and either pay the full $402 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

It is therefore ordered that Plaintiff has until **October 6, 2023**, to file his updated address with the Court.

It is further ordered that the application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

It is further ordered that Plaintiff has until **October 6, 2023,** to either pay the full $402 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. Dismissal without prejudice allows Plaintiff to refile his case with the court, under a new case number, when he can provide his updated address to the Court and either pay the required filing fee or apply for *in forma pauperis* status as a non-inmate.

The Clerk of the Court is directed to send Plaintiff Jeffery John Ingrao the approved form application to proceed *in forma pauperis* for non-inmates and the document titled information and instructions for filing an *in forma pauperis* application.

DATED this 6th day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE