UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jeffery John Ingrao,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Calvin Johnson, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00234-GMN-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff's "motion for consideration" (ECF No. 17) and motion for copies (ECF No. 18). In both motions, Plaintiff explains that he did not realize that his case was dismissed and requests a copy of his complaint, any amended complaints, and the docket sheet so that he can file a new case.[1] The Court grants both motions.

　　　　The statute allowing parties to proceed *in forma pauperis* does not include the right to obtain court documents without payment. *See* 28 U.S.C. § 1915. And granting an *in forma pauperis* application does not relieve the applicant of the responsibility to pay the expenses of litigation not covered by 28 U.S.C. § 1915. Nevada Local Special Rule 1-6. The Court ordinary cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis*. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at \*1 (D. Nev. Sept. 28, 2020). However, when screening complaints, the Court routinely provides *pro se* prisoner plaintiffs with a courtesy copy of their complaints. *See id.*

　　　　Here, it appears that Plaintiff may not have received courtesy copies of his complaints. Thus, in this specific instance, the Court will grant Plaintiff's motions and provide him with

---

[1] In another portion of his motion for copies, Plaintiff asks for "everything pertaining to this case." (ECF No. 18). This is too broad and too vague a request for the Court to grant. The Court instead only grants Plaintiff's request for "the original complaint and any amended complaints as well." (ECF No. 18).

courtesy copies. However, the Court informs Plaintiff that it will not provide him with free copies of documents in the future, regardless of his indigent status.

**IT IS THEREFORE ORDERED** that Plaintiff's motions (ECF Nos. 17, 18) are **granted.** The Clerk of Court is kindly directed to mail Plaintiff the following:

- Plaintiff's complaint filed at ECF No. 1-1;
- Plaintiff's first amended complaint filed at ECF No. 5;
- Plaintiff's second amended complaint filed at ECF No. 6; and
- a copy of the docket sheet.

DATED: February 26, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE